# ELECTRONIC RECORD

350-15
351-15
352-15
353-15

COA # 01-13-00640-CR     OFFENSE: 22.02 (Aggravated Assault)

STYLE: Dustin Wayne Glenn v. The State of Texas     COUNTY: Galveston

COA DISPOSITION:     AFFIRM     TRIAL COURT: 405th District Court

DATE: 02/26/2015     Publish: NO     TC CASE #: 12CR2237

## IN THE COURT OF CRIMINAL APPEALS

350-15
351-15
352-15
353-15

STYLE: Dustin Wayne Glenn v. The State of Texas     CCA #: _____

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: __06/24/15__     SIGNED: _____     PC: _____

JUDGE: _____     PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____